1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11  JACQUELYN HERNANDEZ,    )   Case No. EDCV 13-00347-VAP
    ELYSE HERNANDEZ,        )   (OPx)
12  ALEXANDRA HERNANDEZ,    )
                            )   **JUDGMENT**
13              Plaintiff,  )
                            )
14      v.                  )
                            )
15  OLGA K. FABRICK, et al.,)
                            )
16              Defendants. )
17  _____)

18  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19      Pursuant to the Order filed on June 28, 2013 (Doc.

20  No. 59), IT IS ORDERED AND ADJUDGED that Plaintiff's

21  Complaint is DISMISSED WITH PREJUDICE.  The Court orders

22  that such judgment be entered.

23

24

25  Dated: July 30, 2013 _____
                              VIRGINIA A. PHILLIPS
26                        United States District Judge

27

28