UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JACQUELYN HERNANDEZ,       )    Case No. EDCV 13-00347-VAP
ELYSE HERNANDEZ,           )    (OPx)
ALEXANDRA HERNANDEZ,       )
                           )    **JUDGMENT**
            Plaintiff,     )
                           )
     v.                    )
                           )
OLGA K. FABRICK, et al.,   )
                           )
            Defendants.    )
_____   )

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed on June 28, 2013 (Doc. No. 59), IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: July 30, 2013 _____

VIRGINIA A. PHILLIPS
United States District Judge